**IT IS ORDERED as set forth below:**



**Date: August 23, 2017**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In Re: <br> STANLEY LAMAR CALHOUN, AKA STANLEY LAMAR FRANCOIS-CALHOUN, AKA STAN CALHOUN, <br> DEBTOR. | CHAPTER 13 <br><br> CASE NO. 17-59625-LRC |

| | |
|---|---|
| STANLEY LAMAR CALHOUN ) <br> Movant ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> SUNTRUST BANK ) <br> Respondent ) | CONTESTED MATTER |

### ORDER GRANTING DEBTOR'S MOTION TO STRIP LIEN

The above matter came before the Court on August 17, 2017, on Debtor's Motion To Determine The Value of Security And Creditor's Secured Status of Claim (the "Motion") Docket

No. 14. Debtor seeks a determination that the second priority lien (the "Lien") held by Respondent on Debtor's interest in real property located at 451 Shannon Drive SW, Atlanta, Georgia, 30310 (the "Property") is completely unsecured and the Lien should be stripped off because, based upon the Property's value of $126,800.00 and the amount of the first priority lien of $182,597.00, there is no equity in the Property to which the Lien can attach. No party filed a response or otherwise appeared in opposition to the Motion. Based upon all matters of record, it is hereby

**ORDERED** that the Motion is granted as provided herein; it is

**FURTHER ORDERED** that, for purposes of the Debtor's Chapter 13 case, the claim of Respondent related to the Lien Claim No. 2-1 shall be treated as a general nonpriority unsecured claim; and it is

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtor's Chapter 13 case, the Respondent's Lien evidenced by a security deed recorded in the Fulton County, Georgia Records at Deed Book 38977, Page 570, as assigned by that certain Corporate Assignment of Security Deed from SunTrust Mortgage, Inc., to SunTrust Bank at Deed Book 40690, Page 291, aforesaid records, shall be deemed void without further order pursuant to 11 U.S.C. Sections 506(a), (d) and 1322(b)(2); provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of Respondent's Lien prior to entry of a discharge under 11 U.S.C. Section 1328(a). In the event the Debtor's case is dismissed or converted to Chapter 7, the Lien shall not be affected by this Order in accordance with 11 U.S.C. Sections 349(b)(1)(C) or 348(f)(1)(B), as applicable.

**END OF DOCUMENT**

*Prepared and Submitted by:*

_____
Stanley L. Calhoun, Debtor

*Seen and No Opposition:*

/s/_____
Mandy Campbell
GABN: 142676
Adam M. Goodman
Standing Chapter 13 Trustee
260 Peachtree Street NW
Suite 200
Atlanta, Georgia  30303

## DISTRIBUTION LIST

Adam Goodman
Trustee Suite 200
260 Peachtree Street, N.W. Atlanta, GA 30303

Stanley Calhoun
451 Shannon Drive SW
Atlanta, Georgia  30310

Suntrust Bank (FDIC Cert 867)
Attn:  William H. Rogers, Jr., CEO
303 Peachtree Street, NE
30th Floor
Atlanta, GA  30308

SunTrust Bank (FDIC Cert 867)
Attn:  Aleem Gillani, CFO
303 Peachtree Street, NE
30th Floor
Atlanta, GA  30308

SunTrust Bank (FDIC Cert 867)
Attn:  Raymond D. Fortin, Registered Agent
c/o Hasana R. Kelly
303 Peachtree Street, NE
Suite 3600
Atlanta, GA  30308

SunTrust Bank
P. O. Box 85526
Cr Bur Dis CS_RVW7955
Richmond, VA  23285-5526